**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00214-CV**
_____

**FELICIA SILLS, MICHAEL JAY WILLIAMS,
AND TAMARA CHE WILLIAMS, Appellants**

**V.**

**TIFFANY DAWN WEDGEWORTH, Appellee**

_____

**On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 19-31373**
_____

**MEMORANDUM OPINION**

Appellants filed a notice of appeal from the trial court's judgment of July 16, 2020. On November 25, 2020, we notified the parties that the clerk's record had not been filed due to appellants' failure to pay, or to arrange to pay, the District Clerk's fee for preparing the clerk's record. The notice also warned appellants that the appeal would be dismissed for want of prosecution unless appellants established that they

1

had paid the fee or needed additional time to do so. None of the parties filed a response.

There being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 27, 2021
Opinion Delivered January 28, 2021

Before Golemon, C.J., Kreger and Horton, JJ.